UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VANESSA RAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:19-cv-00874 |
| | ) |
| FISK UNIVERSITY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff Vanessa Ray was ordered to show cause (Doc. No. 15), why her case should not be dismissed for the reasons in Defendant Hughes Siffard's Motion to Dismiss (Doc. No. 12). To date, Ray has made no response to on any timely objection to the Report and Recommendation (R & R) from the Magistrate Judge. The Court has reviewed de novo the R&R and agrees with its findings and conclusions.

Accordingly, the R&R (Doc. No. 16) is **APPROVED AND ADOPTED IN PART**. Ray's claims against Siffard are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b) and Siffard's Motion to Dismiss (Doc. No. 12) is **DENIED AS MOOT**. The claims against Fisk University will proceed and the case is returned to the Magistrate Judge.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE