UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| VANESSA RAY, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:19-cv-00874 |
| FISK UNIVERSITY, | ) |
| Defendants. | ) |

## ORDER

On January 19, 2021, the Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. No. 29) recommending that the Court grant in part and deny in part Fisk's amended motion for judgment on the pleadings (Doc. No. 22) and find as moot Fisk's first motion for judgment on the pleadings (Doc. No. 18). Plaintiff did not file any objections to the R&R, despite the R&R's specific warnings regarding waiver. (See Doc. No. 29 at 16).

Having thoroughly reviewed the R&R, the Court agrees with and adopts the Magistrate Judge's sound legal analysis dismissing all of Defendant's Title VII claims except sexual harassment and retaliation.

Accordingly, the R&R (Doc. No. 29) is **APPROVED AND ADOPTED**; Fisk's amended motion for judgment on the pleadings (Doc. No. 22) is **GRANTED IN PART AN DENIED IN PART**, Defendant's Title VII claims of race, age, and national origin discrimination and disparate treatment based on gender and state claim of assault are **DISMISSED** and Defendant's Title VII claims of sexual harassment and retaliation shall proceed for further development. Defendant's first motion for judgment on the pleadings (Doc. No. 18) is **MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE